IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ARMONI MASUD JOHNSON,

         Plaintiff

v.   :  3:18-CV-592
   : (JUDGE MARIANI)

SGT. BIENKOSKI, et al.,

         Defendants

## ORDER

**AND NOW, THIS 18TH DAY OF DECEMBER, 2020**, upon review of Magistrate Judge Carlson's Report & Recommendation ("R&R") (Doc. 49) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 49) is **ADOPTED** for the reasons stated therein.

2. Plaintiff's Motion for Default Judgment (Doc. 47) is **DENIED**.

3. Plaintiff's "Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure Rule 56(f)(3)" (Doc. 48) is **DENIED**.

4. The case is **REMANDED** to Magistrate Judge Carlson for further proceedings consistent with this Order.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge