IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMONI MASUD JOHNSON, | : |
| Plaintiff | : |
| v. | : 3:18-CV-592 |
| | : (JUDGE MARIANI) |
| SGT. BIENKOSKI, et al., | : |
| Defendants | : |

ORDER

AND NOW, THIS 7th DAY OF JANUARY, 2021, upon review of Magistrate Judge Carlson's Report & Recommendation ("R&R") (Doc. 55) for clear error or manifest injustice,[1] **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 55) is **ADOPTED** for the reasons stated therein.

2. Plaintiff's "request" for summary judgment as a result of Defendant Devers' "willful conduct to lie" and for default against this defendant (Doc. 51) is **DENIED**.

3. The case is **REMANDED** to Magistrate Judge Carlson for further proceedings consistent with this Order.

Robert D. Mariani
United States District Judge

---

[1] For purposes of clarity, the Court recognizes that, following the issuance of the present R&R (Doc. 55), Plaintiff filed two documents, entitled "Independent Supplemental Issue" (Doc. 56) and "Request for Reconsideration Pursuant to Federal Rule of Civil Procedure Rule 60(a)(6)" (Doc. 57). The Court has reviewed both documents and determined that neither submission relates to the R&R which the Court adopts herein, nor can they be reasonably construed as objections to the pending R&R, and thus the Court applies a clear error or manifest injustice standard.