## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARMONI MASUD JOHNSON,** | : | **No. 3:18cv592** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **SGT. BIENKOSKI, et al.,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 13th day of December 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

1) Plaintiff Armoni Masud Johnson's objection (Doc. 116) and affidavit construed as an objection (Doc. 125) are **OVERRULED**;

2) The report and recommendation of Magistrate Judge Martin C. Carlson (Doc. 115) is **ADOPTED**;

3) Defendant Officer Chuba's second motion for summary judgment (Doc. 97) is **GRANTED**;

4) Plaintiff's other subsequent filings (Docs. 117, 122-134, 138-139) are **DENIED** to the extent that these filings can be construed as motions;

5) Plaintiff's claims against Defendant Ada are **DISMISSED** under FED. R. CIV. P. 21; and

6) The Clerk of Court is directed to close this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court